IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

JAMES BLUE,                          )
                                     )
          Plaintiff,                 )
                                     )
     v.                              )      1:05CV00421
                                     )
JO ANNE B. BARNHART,                 )
Commissioner of Social Security,     )
                                     )
          Defendant.                 )

J-U-D-G-M-E-N-T

For the reasons set forth in the Order filed contemporaneously with this Judgment,

**IT IS HEREBY ORDERED AND ADJUDGED** that this action be, and the same hereby is, dismissed with prejudice.

_____
United States District Judge

Date:   September 29, 2006